THE MORRIS PLAN INDUSTRIAL BANK OF NEW YORK, Appellant, v. MORRIS GLASER, Transacting Business under the Trade Name and Style of THE MORRIS COMPANY, and Individually, Respondent.— Order denying plaintiff's motion for a temporary injunction unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

LILLIAN SALMOND, Appellant, v. FELIX SALMOND, Respondent.— Order denying plaintiff's motion to open her default in the service of her complaint, unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

THERESA LINDENAUER, Appellant, v. DAVID LINDENAUER, Respondent.— Orders denying plaintiff's motion for alimony and counsel fee *pendente lite*, and granting plaintiff's motion for a reargument, and upon reargument adhering to the original decision, unanimously affirmed, without prejudice to another application upon defendant's counterclaim if interposed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

In the Matter of the Application of THE BOARD OF TRANSPORTATION OF NEW YORK, etc., Relative to Acquiring Title to Certain Real Property Located on the Southwest Corner of Sixth Avenue and West Forty-sixth Street, in the Borough of Manhattan, City of New York, for Route No. 101, Section No. 10, Required for Rapid Transit Purposes. THE BOARD OF TRANSPORTATION OF NEW YORK, Respondent; JOSEPH N. EARLY and Others, Appellants.— Order granting motion of petitioner to have the compensation to be paid to the owners or other persons interested in the real estate in this proceeding, ascertained and determined by the Supreme Court without a jury, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.; Glennon, J. dissents.

MARY FEINGOLD, Respondent, v. 211 WEST 139TH STREET HOLDING CORP., Appellant, Impleaded with Others, Defendants. (GRACE E. BUTLER, Appellant.) — Order denying motion of Grace E. Butler to vacate the appointment of a receiver of the premises 211 West 139th Street unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

MARY FEINGOLD, Respondent, v. 211 WEST 139TH STREET HOLDING CORP. and Others, Defendants. (GRACE E. BUTLER, Appellant.) — Order denying motion of Grace E. Butler for leave to intervene as a party defendant and to interpose her defense to the complaint, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.